**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| JOHN ERIC BETTON, | : No. 10 WM 2020 |
| | : |
| Petitioner | : |
| | : |
| | : |
| v. | : |
| | : |
| | : |
| COURT OF COMMON PLEAS OF | : |
| ALLEGHENY COUNTY, | : |
| | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of May, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Prohibition is DENIED.